Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Law Offices of Lynn Hubbard**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lary Feezor, | 2:07-cv-2045 FCD KJM |
| Plaintiff, | **Plaintiff's Request to Continue the Filing of the Joint Status Report and Order Thereon** |
| vs. | |
| Nancy Marshall dba Wayman's 76, et al., | Honorable Frank C. Damrell Jr. |
| Defendant. | |

     Plaintiff hereby requests that the date for filing the Joint Status Report be continued at least thirty-(30) days, or alternatively, until Defendants, Nancy Marshall dba Wayman's 76 and Nancy G. Wayman Marshall (hereinafter "Defendants"), have responded to Plaintiff's Complaint.

     Plaintiff makes this request based on the fact that Defendants have been served in this action, but have not yet appeared. Defendants were served, via personal service, on October 9, 2007 at 3:59 p.m. *See* Docket Nos. 6 and 7. Defendants answer to the complaint was due on or before

1  October 29, 2007; however, Plaintiff has granted Defendants an extension to
2  answer his complaint up to and including November 26, 2007.  Plaintiff and
3  Defendants are currently in settlement negotiations and believe this case will
4  settle shortly.  Plaintiff feels that if the deadline for filing the Joint Status
5  Report is continued it would allow the parties ample time to settle this matter
6  in its entirety.
7       Therefore, Plaintiff respectfully submits that it would be counter
8  productive to file a status report at this time and requests that the deadline be
9  continued for at least thirty-(30) days.
10 Dated: November 26, 2007          DISABLED ADVOCACY GROUP, APLC

                                     /s/ Lynn Hubbard, Esquire
                                    LYNN HUBBARD, III
                                    Attorney for Plaintiff

### ORDER

**GOOD CAUSE HAVING BEEN SHOWN,** the Joint Status Report shall be filed on or before  January 22, 2008 with the meet and confer under Rule 26(f) to occur fourteen (14) days prior to the filing deadline.

      IT IS SO ORDERED.

Dated: November 27, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE