SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III SBN 69773
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| LARY FEEZOR,<br><br>    Plaintiff,<br><br>    vs.<br><br>NANCY MARSHALL dba WAYMAN'S 76; NANCY G. WAYMAN MARSHALL,<br><br>    Defendants. | No. CIV.S-07-02045-FCD-KJM<br><br>**REQUEST FOR DISMISSAL**<br><br>**AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

  Plaintiff, LARY FEEZOR, requests the Court dismiss the above entitled action, with prejudice, as to all Defendants.

Dated: December 18, 2007      LAW OFFICES OF LYNN HUBBARD, III

                               /s/ Lynn Hubbard, III
                              LYNN HUBBARD, III
                              Attorney for Plaintiff

  IT IS SO ORDERED.

DATED: December 18, 2007

                              _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE

*Feezor v. Nancy Marshall, et al*                              Request for Dismissal